## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER G. POLITIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-2207 |
| | § | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND DISMISSING CASE

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on February 17, 2009. The court has also considered the objections of the plaintiff filed on March 9, 2009 and made a *de novo* determination. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989).

Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. Accordingly, it is ordered that this case be dismissed under 28 U.S.C. § 1915(e)(2)(B) because it fails to state a claim under which relief may be granted and because it seeks relief from defendants who are immune.

The Memorandum and Recommendation noted that the plaintiff has filed at least 12 lawsuits relating to his criminal and deportation proceedings, most of which have been dismissed as frivolous or as without merit. This court joins other judges in warning the plaintiff that he will face sanctions, including monetary penalties and restrictions on filing future lawsuits, if he continues to file meritless complaints or petitions in the federal courts.

This case is dismissed, with prejudice.

      SIGNED on March 12, 2009, at Houston, Texas.

                                        Lee H. Rosenthal
                                United States District Judge